Appellants.— Motion to dismiss appeal denied on condition that within ten days appellants pay ten dollars costs, file their briefs and serve same on the respondent; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

SYLVIA Y. DENORMANDIE, Respondent, v. BAY VIEW HEIGHTS LAND COMPANY, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

HELEN B. GINNANE, as Administratrix, etc., of JOHN C. GINNANE, Deceased, Respondent, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.— Order reversed, with ten dollars costs and disbursements, and defendant's motion to change the place of trial to Bronx county granted. with ten dollars costs. (*Veeldorano* v. *Union Railway Co.*, 183 App. Div. 575; *Pierce* v. *Moore*, 181 id. 885.) Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concurred.

FLORINE LYON, Appellant, v. MORRIS WEIL and MONROE WEIL, Respondents.— Order of the County Court of Westchester county affirmed by default, with ten dollars costs and disbursements. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concurred.

SADIE MINKOW, Respondent, v. BULLION REALTY COMPANY, Appellant. — Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

THE NAGLE PACKING COMPANY, Appellant, v. PHILIP M. ROSENBLUM and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, Respondent, v. CELIA V. FORDHAM and Another, Defendants, and WILLIAM O. FORDHAM, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concurred.

LAURENCE TIMMONS, Respondent, v. FANNIE S. RUSSELL, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

In the Matter of the Application of the CITY OF NEW YORK Relative to Acquiring Title to Lands Required for the Opening and Extending of the Public Park at Coney Island.— Motion granted, and order signed. Present — Mills, Rich, Putnam, Blackmar and Jaycox, JJ.

CORNELIUS D. CURNEN, Respondent, v. JOHN J. RYAN, Defendant, and INTERNATIONAL SHIPBUILDING AND MARINE ENGINEERING CORPORATION, Appellant.— Motion granted on condition that appellant give additional security in the sum of $10,000, and questions certified as proposed. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ. Order to be settled on notice before Mr. Justice Kelly.

GUIVANI BALDICINI, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY and THE VILLAGE OF TARRYTOWN, Respondents.— Judgment unanimously affirmed, with costs, on authority of *Moenig* v. *New York Central Railroad Co.* (187 App. Div. 323), decided herewith; and findings modified as indicated in our decision therein. Present — Mills, Rich,

Blackmar, Kelly and Jaycox, JJ. Order to be settled before Mr. Justice Blackmar.

WALTER L. BELL, Respondent, v. LEPRESTRE, MILLER & Co., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

HERBERT BERRI and Others, as Executors, etc., of WILLIAM BERRI, Deceased, Respondent, v. REALTY ASSOCIATES and Others, Defendants, and ELLIOTT H. KING and SOPHIA HAIR GOODS COMPANY, INC., Appellants. — Interlocutory judgment affirmed, with costs. No opinion. Mills, Rich, Blackmar and Jaycox, JJ., concurred; Jenks, P. J., not voting.

ARTHUR BUSHEL, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY and THE VILLAGE OF TARRYTOWN, Respondents.— Judgment unanimously affirmed, with costs, on authority of *Moenig* v. *New York Central Railroad Co.* (187 App. Div. 323), decided herewith; and findings modified as indicated in our decision therein. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ. Order to be settled before Mr. Justice Blackmar.

GEORGIANA L. CUSHMAN, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY and THE VILLAGE OF TARRYTOWN, Respondents.— Judgment unanimously affirmed, with costs, and findings modified as indicated in our decision in *Moenig* v. *New York Central Railroad Co.* (187 App. Div. 323). The only substantial point of difference between this case and the *Moenig* case, decided herewith, is that the deed of conveyance of the property known as the depot property is a quitclaim instead of a warranty deed, and, therefore, the line of reasoning used in the *Moenig* case, which is based upon the fact that in that case the conveyance of the depot property by warranty deed, is not applicable to the case at bar. But this quitclaim deed was preceded by an agreement between the grantors of the plaintiff and the railroad to the effect that the land should be granted to the railroad company for a depot site. The railroad company, pursuant to the grant, has located its passenger and freight station upon the said premises, and has maintained it there for many years. We think the provisions of the agreement, followed by the quitclaim grant of the land and the action of the defendant railroad company in locating its depot accordingly, estops the plaintiff from claiming any rights that would have passed to the railroad company by a grant of the land had the grantors owned the same. The same conclusion must, therefore, be reached in this case as in the *Moenig* case. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ. Order to be settled before Mr. Justice Blackmar.

MICHAEL J. DUFFY and MARY J. DUFFY, Appellants, v. THE NEW YORK CENTRAL RAILROAD COMPANY and THE VILLAGE OF TARRYTOWN, Respondents.— Judgment unanimously affirmed, with costs, on authority of *Cushman* v. *New York Central Railroad Co.* (*ante*, p. 899), decided herewith; and findings modified as indicated in our decision in *Moenig* v. *New York Central Railroad Co.* (187 App. Div. 323). Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ. Order to be settled before Mr. Justice Blackmar.

ANGELINA FIORI, as Administratrix, etc., Appellant, v. THE CITY OF NEW